FILED
2021 Jan-11  PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA (BIRMINGHAM)

| | |
|---|---|
| Sakina Smith, | |
| Plaintiff, | Case No.: 2:20-cv-00581-SGC |
| vs. | |
| Equifax Information Services, LLC, et al. | |
| Defendants. | |

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT WELLS FARGO BANK, N.A., WITH PREJUDICE
## AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Wells Fargo Bank, N.A, with prejudice and without attorney's fees or costs to either party.

Respectfully Submitted,

January 11, 2021

By: */s/ Matthew Landreau*
Matthew Landreau
Georgia Bar No. 301329
5113 Sumter Ct.
Midland, GA 31820
Telephone: (706) 341-8714
E-Mail: mlandreau@mattberry.com
*Attorney for Plaintiff,*
*Sakina Smith*

By:  /s/ John Houston Shaner
John Houston Shaner, Esq.
(ASB No. 1992M27W)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Telephone: 404-885-3909

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Matthew Landreau*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA (BIRMINGHAM)

| | |
|---|---|
| Sakina Smith, | Case No.: 2:20-cv-00581-SGC |
| Plaintiff, | |
| vs. | |
| Equifax Information Services, LLC, et al. | |
| Defendants. | |

## ORDER OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT WELLS FARGO BANK, N.A

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Wells Fargo Bank, N.A, are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant against Wells Fargo Bank, N.A as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: _____

_____
Judge of United States District Court