# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SAKINA SMITH,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:20-cv-00581-RDP |
| **WELLS FARGO BANK NA,** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 23), filed January 11, 2021, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this January 12, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE